NF1#

# United States District Court
# Northern District of Illinois
# Eastern Division

**FILED**
APR 2 1 2014
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Vibron Lloyd
V.

Case No: 1:13 CV 0964
13 C 9264

Ronald M. Serpico, et al.
Defendant.

Judge: Honorable Gary Feinerman

"Judge Copy":

## Motion for Judgement In favor Of The Plaintiff

Now comes the plaintiff Vibron Lloyd and Moves for this Honorable Court to grant this Motion for Judgement in favor of the plaintiff and for the relief sought in this action before the Court, in support of which the plaintiff states.

1# The Plaintiff Vibron Lloyd (Lloyd) has filed a Civil Complaint under 42 USC Section 1983 in this said Court against the Defendants.

2# This Action was filed on January 4th 2013.

3# An order was entered on January 22, 2014 by this Honorable Court, granting the plaintiff leave to proceed with said case In forMa Pauperis. And ordering and directing the U.S. Marshal's Service to Service Summons and Complaints to the Defendants.

8

4# Lloyd recieved the USM-285 forms from the U.S. Marshal's Service, filled the five forms out accurately. Additionally specifying the address of the Melrose Park Police Department as the Service location: 1000 North 25th Ave Melrose Park, IL 60160.

5# The Federal Constitutions fourth Amendment permits a reasonable postponement of a probable cause determination following a warrantless arrest while the police cope with the every day problems of processing suspects on overly burdened criminal justice system, but flexibility in this matter has its limits, and a state has no legitimate interest in detaining for an extended period individuals who have been arrested without probable cause.

6# At the Core of the Standing doctrine under Article III of the federal Constitution is the requirement that a plaintiff allege personal injury fairly traceable to the defendant's allegedly unlawful conduct and likely to be redressed by the requested relief.

7# Where fore the plaintiff moves to request that this Honorable Court Enter a Judgement in favor of the Plaintiff for the relief sought in this matter before the Court. The plaintiff thanks the Court for its time and patience in this Matter.

                Respectfully Submitted:
                *Vibron Lloyd*
                Vibron Lloyd, Plaintiff,

# CERTIFICATE OF SERVICE

Vibron Lloyd Being first duly sworn on oath under penalty of perjury deposes and says.

I have served a copy of this Document on,
Ronald M. Serpico, et al. Michael D. Bersani Hervas, Condon and Bersani, PC. 333 Pierce Road, Suite 195 Itasa, IL 60143-3156
ID Number 06200897.

By placing 1 post Marked envelop fully pre paid to the above addresses and recipients by placing it in the U.S. Postal Mail at the Cook County Dep't of Corrections, 2700 S. California Ave. Chicago, IL 60608

Singned and sworn to before Me on.

This 16 day of April 2014

_____
Vibron Lloyd Plaintiff,

Title 28 USC 1746

B

# United States District Court
## Northern District of Illinois

| | |
|---|---|
| Vibron Lloyd<br>　　　　Plaintiff, | Case No: 1:13-CV-09264 |
| V. | |
| Ronald M. Serpico, et al.<br>　　　　Defendant. | Judge: Honorable Gary Feinerman |

## Certificate of Service

Vibron Lloyd Being first duly Sworn on oath deposes and Say, I Vibron Lloyd have Served a copy of Consent to exercise of Jurisdiction By a United States Magistrate Judge for M on;

Ronald M. Serpico, et al. Michael D. Bersani Hervas, Condon and Bersani, P.C. 333 Pierce Road, Suite 195 Itasca, IL 60143-3156 ID Number 06200897.

By placing 1 post Marked envelop fully pre paid to the above addresses and recipients by placing it in the U.S. postal Mail at the Cook County Dep't of Corrections, 2700 S. California Ave, Chicago, IL 60608.

This 16 day of April 2014.　　　　　　　_Vibron Lloyd_
　　　　　　　　　　　　　　　　　　　Vibron Lloyd Plaintiff.




Title 28 USC 1746.

B