Judge Copy *

CMC

# United States District Court
## Eastern Division

**FILED** JUN 17 2014

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Vibron L. Lloyd
    Plaintiff,

V.

John A. Menolascino, et al.
    Defendant.

Case No: 1:13CV09264

Honorable: Judge Valdez

JURY DEMAND

## Motion for Judgement In favor Of The Plaintiff

No Comes the Plaintiff Vibron Lloyd and Moves for this Honorable Court to grant this Motion for Judgement in favor of the Plaintiff and for the relief Sought in this action befor the Court, in support of which the Plaintiff states:

The Plaintiff Vibron Lloyd (Lloyd) has filed a Civil Complaint Under 42 USC Section 1983 in this said Court against Defendants.

This Action was filed on December 26, 2013.

An order was entered on January 17, 2014, by this Honorable Court, granting the Plaintiff leave to proceed with said case in forma pauperis. And ordering and directing the U.S. Marshal's Service to service Summons and Complaints to the Defendants.

Lloyd recieved the USM-285 froms from the U.S. Marshal's Service, filled the forms out accurately. Additionally specifying the address of the Melrose Park police Dep't as the service location:
Melrose Park, IL 60160.

PROCEDURAL POSTURE: The pat down violated the fourth Amendment.

In summary R/O was dispatch to 1440 1st Ave. 1w for Residential Burglary report. Upon arrival R/O spoke to the Victim stated there is nothing missing.
Documents: M/p 000027.

Subect: Jacob D. Swilley M/B 5·24·1993 found driving Vehicle matching description given by witness and taken into custody for traffic Violation.
Documents: M/p 000021

Once at PD Swilley was Mirandized at 11:45pm was questioned regarding the burglary. Swilley denied any and all involvement into the burglary and stated he was only in the area to visit family. I/O advised Swilley he would be issued 2 citations (C-Tickets 69202 and C69203). Swilley was free to go.
Documents: 000037 M/p.

Swilley was held from 11:00PM to 12:00AM 1·4·2013 Cell housing logs inspection sheet. Documents: M/p 000024.

Vibron Lloyd was held from 10:30PM to 3:00PM the next day 20 hours from 1·4·2013 to 1·5·2013. Cell housing logs Inspection sheet. Documents: M/p 000026.

Vibron Lloyd Swap Inadent No Charges. Documents: M/p 000018

Incident inquiry Date 01·04·2013 Nature Suspicous incident Incident Disposition: No Report Taken
Friday - January 4, 2013 22:35:41
Subject brought in for printing unknown if crime was commited. Documents: M/p 000016.

Illinois State Police Agency Barcode Case Information : Suspects Lloyd, Vibron SID#IL33118130, Swilley, Jacob D. SID#IL13653671. Agency Exhibit# M.p.p.D.# 2-7 Crime Scene#
Exhibit Description: 1- brown bag Containing 6 fingerprint lift cards recovered from T.V. handled by offender(s)
Exhibit Comments: please analyze for the presence of latents and compare with suspects and AFIS. Documents: 000034.
Judge Vibron Lloyd prints were not recovered from scene.

Supreme Court of the United States
555 U.S. 323; 129 S. Ct. 781; 172 L. Ed. 2d 694; US. LEXIS 868;
77 U.S.L.W. 4096; 21 Fla. L. Weekly Fed. S 620.

The pat down violated the Fourth Amendment. Terry establishes the legitimacy of an investigatory stop in situations where the police may lack probable cause for an arrest. When the stop is justified by suspicion (reasonably grounded, but short of probable case) that criminal activity is afoot, the police officer must be positioned to act instantly on reasonable suspicion that the persons temporarily detained are armed and dangerous. A limited search of outer colthing for weapons serves to protect both the officer and the public.

First, the investigatory stop must be lawful. That requirement is met in an on-the-street encounter when the officer reasonably suspects that the person apprehended is committing or has committed a criminal offense. Second, to proceed from a stop to a frisk, the police officer must reasonably suspect that the person stopped is armed and dangerous.

Recognizing that a limited search of outer clothing for weapons serves to protect both the officer and the public, the court held the patdown reasonable under the Fourth Amendment. Id., at 23-24, 27, 30-31, 88 S. Ct. 1868, 20 L. Ed. 2d 889.

Wherefore the Plaintiff Moves to request that this Honorable Court Enter a Judgement in favor of the plaintiff for the relief Sought in this Matter before the Court. The plaintiff thanks the Court for it's time and patience in this Matter.

Vibron Lloyd
2013031308
Po Box089002
Chicago, IL 60608

Respectfully submitted:

*Vibron Lloyd*
Vibron Lloyd, Plaintiff.
on This 11 Day of June. 2014.

# :CERTIFICATE OF SERVICE:

Vibron Lloyd being first sworn on oath under penalty of pejury deposes and say I have served a copy of this Document on: HERVAS, CONDON & BERSANI, P.C. Michael D. Bersani anthony G. becknek 333 pierce Road, Suite 195 Itasca, IL 60143-3156.
by placing 1 post Marked envelop fully prep-paid to the above address and recipents by placing it in the U.S. Postal Mail at the Cook County Dept of Corrections 2700 S. California Ave, Chicago, IL 60608.
Singed and Sworn to before Me on.

This 11 day of Jan 2014.                       *Vibron Lloyd*
                                               Vibron Lloyd.

United States District Court
Eastern Division

Vibron L. Lloyd
    Plaintiff,   |   Case No: 1:13CV09264
V.

John A. Menolascino, et al.   |   Honorable: Judge Valdez
    Defendant.
                       JURY DEMAND.

## :CERTIFICATE of SERVICE:

Vibron Lloyd being first duly sworn on oath deposes and say. I Vibron Lloyd have served a copy of Consent to exercise of Jurisdict by a United States Magistrat Judge from on,
HERVAS, CONDON & BERSANI, P.C. Michael D. Bersani anthony G. becknek 333 pierce Road, Suite 195 Itasca, IL 60143-3156.
by placing 1 post marked envelope fuly pre-paid to the above address and recipents by placing it in the U.S. postal Mail at the Cook County Dep't of Corrections, 2700 S California Ave Chicago, IL 60608.

This 11 day of Jun 2014.                  *Vibron Lloyd*
                                                            Vibron Lloyd.