IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| VIBRON L. LLOYD | ) | |
| | ) | 1:13 - cv - 9264 |
| Plaintiff, | ) | |
| | ) | Judge Gary Feinerman |
| v. | ) | |
| | ) | Magistrate Judge Valdez |
| JOHN A. MENOLASCINO, et al. | ) | |
| | ) | |
| Defendants. | ) | |

**MOTION OF ATTORNEY HOWARD J. PIKEL FOR RELIEF
FROM ASSIGNMENT PURSUANT TO LOCAL RULE 83.38(a)(1)**

COMES NOW attorney Howard J. Pikel of Pretzel & Stouffer, Chartered, pursuant to Local Rule 83.38(a)(1), and moves this Court for relief from the assignment to represent plaintiff VIBRON L. LLOYD for the reasons set forth below:

1. On January1 7, 2014, Plaintiff filed his complaint seeking monetary damages against defendants Ronald Serpico, Sam Pitassi, John A Menolascino, Steven Pesce, Brian Gvist, Michael Scudiero and James Nowicki. (See Exhibit A, Document # 8, Plaintiff's Complaint.)

2. Plaintiff has alleged that all of the defendants are employees or agents of the Village of Melrose Park, Illinois. (See Exhibit A.)

3. On August 26, 2014, Judge Feinerman assigned the undersigned attorney to represent Plaintiff pursuant to Local Rule 83.11(g). (See Exhibit B, Document # 45, Order of 8-26-14.)

4. The undersigned attorney is a partner at Pretzel & Stouffer, Chartered.

5. Pretzel & Stouffer is a well-established law firm in Chicago wherein a substantial portion of its business and legal practice has long been dedicated exclusively to the representation of defendants and retention by the defendants' insurers.

6. As part of its defense practice, Pretzel & Stouffer has long-standing relationships with numerous well-established insurance carrier clients.

7. One of the insurance carrier clients of Pretzel & Stouffer is **XL Insurance Group**.

8. **XL Insurance Group** is also the liability insurance carrier for the Village of Melrose Park that would pay any judgment or settlement on behalf of the defendants, and pay the defendants' attorneys

9. Local Rule 83.38(a), entitled "Relief from Assignment" provides:

   (a) Grounds; Application. After assignment counsel may apply to be relieved of an order of assignment only on the following grounds or on such other grounds as the assigning judge finds adequate for good cause shown:

   (1) Some conflict of interest precludes counsel from accepting the responsibilities of representing the party in the action.

10. A conflict exists in this lawsuit due the undersigned attorney's responsibility to prosecute Plaintiff's lawsuit against the defendant employees of Melrose Park and their insurer **XL Insurance Group**, and the professional and business interests of the undersigned attorney and his law firm related its pre-existing relationship with its client **XL Insurance Group**.

11. The conflict of interest in this case precludes the undersigned attorney from representing Plaintiff in his lawsuit.

WHEREFORE, the undersigned attorney, Howard J. Pikel, respectfully moves this Court to relieve him of the assignment to represent plaintiff Vibron Lloyd in this lawsuit.

Respectfully submitted,

Pretzel Stouffer Chartered

By: /s/ *Howard J. Pikel*
Attorney No. 6181254
Pretzel & Stouffer, Chartered
One South Wacker Drive, 25th Floor
Chicago, Illinois 60606
(312) 578-7475

**CERTIFICTE OF SERVICE**

I certify that on September 8, 2014, I caused a true and correct copy of the above and foregoing document to be electronically filed with the Clerk of the Court using the CM/ECF system which sent notification of such filing to all counsel of record via the Court's CM/ECF electronic filing system.

I further certify that on September 8, 2014, I also served a copy of the foregoing document to Plaintiff by depositing the same in the United States Mail, postage prepaid, addressed as follows:

>Mr. Vibron Lloyd
># 20130313018
>Cook County Jail
>P.O. Box 089002
>Chicago, Illinois 60608

>/s/ *Howard J. Pikel*
>Pretzel & Stouffer, Chartered
>One South Wacker Drive, 25th Floor
>Chicago, Illinois 60606
>(312) 578-7475

Pretzel & Stouffer, Chartered
One South Wacker Drive, 25th Floor
Phone: (312) 578-7825
Fax:    (312) 346-8242
Chicago, Illinois 60606