# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

Vibron L Lloyd

                              Plaintiff,

v.                                                                    Case No.: 1:13−cv−09264

                                                                                  Honorable Gary Feinerman

John A Menolascino, et al.

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, September 9, 2014:

       MINUTE entry before the Honorable Gary Feinerman:Status hearing held and continued to 9/18/2014 at 9:00 a.m. For the reasons stated on the record, motion of Attorney Howard J. Pikel for relief from assignment [49] is granted. Attorney Pikel is relieved of his assignment to represent Plaintiff and is terminated as counsel for Plaintiff. Attorney Gary L. Taylor, Rathje & Woodward LLC, 300 East Roosevelt Road, Suite 300, Wheaton, IL 60187, (630) 668−8500, Email: gtaylor@rathjewoodward.com, is recruited as counsel for the Plaintiff.Mailed notice.(jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.